No. 110, Misc.  THOMASON *v.* ALESTER G. FURMAN, INC. ET AL.  C. A. 4th Cir.  Certiorari denied.  Petitioner *pro se.  C. F. Haynsworth, Jr.* for respondents.

No. 113, Misc.  AUSTIN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 114, Misc.  MURPHY *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 120, Misc.  BURLESON *v.* WASHINGTON.  Supreme Court of Washington.  Certiorari denied.

No. 121, Misc.  WIX *v.* OREGON.  Supreme Court of Oregon.  Certiorari denied.

No. 122, Misc.  SANGUIGNI *v.* MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 123, Misc.  HADLEY *v.* EIDSON, WARDEN.  Supreme Court of Missouri.  Certiorari denied.

No. 124, Misc.  LYNCH *v.* NORTH CAROLINA.  Supreme Court of North Carolina.  Certiorari denied.

No. 125, Misc.  BURKLEY *v.* JOHNSTON, WARDEN.  Supreme Court of Pennsylvania, Western District.  Certiorari denied.

No. 127, Misc.  REID *v.* MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.